IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICIA MORGEN,<br><br>    Defendant.<br>_____/ | No. CR 08-00845 CRB<br><br>**ORDER TO SHOW CAUSE** |

    Defendant Patricia Morgen has filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. Good cause appearing therefor, the Government is hereby ORDERED to file an opposition to Defendant's motion within sixty (60) days of this Order. Defendant may file a reply within thirty (30) days thereafter, if she wishes to do so.

    **IT IS SO ORDERED.**

Dated: October 17, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE